UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| KENDRA TANIKA MANUEL | ) CASE NO. 17-71966-LRC |
| | ) |
| | ) |
| DEBTOR. | ) |

**CHAPTER 13 TRUSTEE'S
OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

COMES NOW Melissa J. Davey, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The Debtor has failed to provide the Trustee with a copy of the 2017 federal income tax return for the most recent tax year ending immediately before the commencement of the instant case in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

2. The proposed budget reflected in the Debtor's schedules appears to provide insufficient funds for ordinary living expenses and may indicate that the Plan is not feasible. 11 U.S.C. Section 1325(a)(6).

3. The 2016(b) Disclosure Statement ($2,000.00) and the Chapter 13 Plan ($2,810.00) are inconsistent with regard to attorney's fees should the case be converted or dismissed, in violation of 11 U.S.C. Section 329, Bankruptcy Rules 2016(b) and General Orders 18-2015 and/or 22-2017.

4. The Debtor anticipates receiving approximately $4,189.00 for a pending 2017 federal income tax refund. Any funds received should be immediately contributed to the case, and the Plan should be amended to provide for the contribution of future tax refunds, as required by 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B).

5. The box in Section 1.3 of the Plan is checked, but Section 8.1 contains no provision.

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/ William A. Bozarth
William A. Bozarth
Attorney for Chapter 13 Trustee
GA Bar No. 940530

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| KENDRA TANIKA MANUEL | ) | |
| | ) | CASE NO.: 17-71966-LRC |
| | ) | |
| DEBTOR. | ) | |

17-71966-LRC                **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):
    KENDRA TANIKA MANUEL
    856 TIMBERVALE LANE
    LITHONIA, GA  30058

    DEBTOR(S) ATTORNEY:
    THE SEMRAD LAW FIRM, LLC
    STERLING POINT II
    SUITE 201
    303 PERIMETER CENTER NORTH
    ATLANTA, GA  30346

in the foregoing matter with a copy of this Objection to Confirmation & Motion to Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Friday, February 16, 2018

/s/ *(signature)*
William A. Bozarth
GA Bar No. 940530
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:    678-510-1450